AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

HOUSE SPIRITS DISTILLERY LLC, a
Delaware limited liability company,

      Plaintiff,

  v.

PILOT HOUSE SPIRITS LLC, an Oregon limited
liability company,

      Defendant.

Civil Action No. 3:16-cv-141 -BR

**SUMMONS IN A CIVIL ACTION**

**TO:**  **PILOT HOUSE SPIRITS LLC**
      **c/o Cary Lawrence, its Registered Agent**
      **286 Lexington Avenue**
      **Astoria, OR  97103**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), ― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) ― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and address are:

| | |
|---|---|
| Steven M. Wilker, OSB #911882 | Wilker Direct Dial:  503.802.2040 |
| Eric Beach, OSB #105783 | Wilker Direct Fax:  503.972.3740 |
| TONKON TORP LLP | Email:  steven.wilker@tonkon.com |
| 1600 Pioneer Tower | Beach Direct Dial:  503.802.2182 |
| 888 SW Fifth Avenue | Beach Direct Fax:  503.972.3882 |
| Portland, OR  97204 | Email:  eric.beach@tonkon.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

By: **s/Elizabeth Potter, Deputy Clerk**

Date: **01/26/2016**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for Enter Play Sports, Inc. was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)*: _____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____
Server's signature

Date: _____

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc.:
_____
_____